UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STARR INTERNATIONAL COMPANY, INC.,   :   05-CV-6283 (JSR)
: ECF Case
  Plaintiff and :
  Counterclaim-Defendant, :
: [PROPOSED]
v.   :   ORDER
:
AMERICAN INTERNATIONAL GROUP, INC., :
:
  Defendant and :
  Counterclaim-Plaintiff. :
:
-----------------------------------------------------------X

UPON CONSIDERATION OF the application by Plaintiff American International Group ("AIG"), IT IS HEREBY

ORDERED that the following representatives of AIG may bring into the Courthouse cell phones, remote e-mail devices (i.e. Blackberries), laptop computers, and electronic data storage devices (i.e. external hard drives) for use of presentation and for communication during breaks in the trial. The U.S. Marshals Office is requested to permit those individuals listed to bring cell phones, laptop computers, electronic data storage devices (i.e. external hard drives) and remote e-mail devices (i.e. Blackberries) into the Courthouse and into Courtroom 14-B on a daily basis beginning June 15, 2009 and through the duration of this trial:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09
```

Robert A. Atkins (Trial Attorney)
Kira A. Davis (Trial Attorney)
Martin Flumenbaum (Trial Attorney)
Roberta A. Kaplan (Trial Attorney)
Michael W. Leahy (Corporate Counsel)
Patrick O'Keeffe (Paralegal)
Lauren M. Rothenberg (Trial Attorney)
Jacqueline P. Rubin (Trial Attorney)
Jesse Stevenson (Technical Assistant)
Eric Alan Stone (Trial Attorney)
Theodore V. Wells, Jr. (Trial Attorney)

So Ordered:

_____
U.S.D.J.

Dated: June 9, 2009