UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STARR INTERNATIONAL CO., INC.,          :
                                        :
    Plaintiff and Counterclaim-         :     05 Civ. 6283 (JSR)
    Defendant,                          :
                                        :            ORDER
        -v-                             :
                                        :
AMERICAN INTERNATIONAL GROUP, INC.,     :
                                        :
    Defendant and Counterclaim-         :
    Plaintiff.                          :
                                        :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    Prior to the trial in this case, which began on June 15, 2009 and concluded on July 7, 2009, the parties filed numerous motions <u>in limine</u>. Several of these motions were subsequently withdrawn as moot by the parties, and the Court disposed of all of the remaining motions from the bench during trial.

    Accordingly, the Clerk of the Court is directed to close the following entries on the docket for this case: 173, 176, 179, 182, 185, 188, 190, 197, 200, 203, 206, 209, 212, 215, 218, 266, 268, 272, 274, 276, 278, and 281.

    SO ORDERED.

    Dated: New York, NY
           August 14, 2009

                                            JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09